# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTOINE TATUM,
ADC #143961                                                                                              PLAINTIFF

V.                                         4:13CV00683 SWW/JTR

DR. FLOSS,
Correctional Medical Services, Inc.                                                        DEFENDANT

## TRANSFER ORDER

Plaintiff, Antoine Tatum, is a prisoner in the Ouachita River Unit of the Arkansas Department of Correction. He has filed a *pro se* § 1983 Complaint alleging that Defendant Dr. Floss is failing to provide him with adequate medical care for a pinched nerve in his lower back. *Doc. 2.*

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). Plaintiff has not provided an address for Defendant Floss. However, the events giving rise to this action occurred at the Ouachita River Unit, which is located in Hot Spring County. Hot Spring County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by

transferring the case to that federal court.  *See* 28 U.S.C. §§ 1404(a) and 1406(a).

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

Dated this 8th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
